No. 10–10682. NEWSOME v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10683. PERKINS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10684. TORRES v. HARTLEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10686. TOWERY v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 10–10688. LAMKIN v. TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 10–10689. SESCIL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10690. MENCHACA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10691. PONCE v. RIOS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10692. BROWN v. LOPEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10693. ARMSTRONG v. BENITO. C. A. 9th Cir. Certiorari denied.

No. 10–10694. BUZZARD v. WENGLER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10696. SPAN v. BARDERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–10697. SMITHERMAN v. BOYD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–10700. SHAW v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.